UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TAMMY SCAHERRELL ETHERIDGE | : | CASE NUMBER A14-57277-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. 1325(a)(6).

2.

The Trustee requests proof of part time income from hair stylist of $600.00 per month and proof of the date the tax refund was received in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. 521(1), 1325(a)(3), 1325(b)(1)(B).

3.

The Trustee requests an itemization of Debtor's tax refund of $8,644.00 and the disclosure of any payments made to creditors with these funds, in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. 521(1), 1325(a)(3), 1325(b)(1)(B).

4.

The Chapter 13 plan fails to provide for the assumption or rejection of the executory contract with Bravo Group Property in violation of 11 U.S.C. Section 365(b)(1)(C).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

Respectfully submitted,

/s/
Julie M. Anania,
Attorney for Chapter 13 Trustee
/sh    GA Bar No. 477064
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

Debtor:
Tammy Scaherrell Etheridge
10776 Knotty Pine Place
Hampton, GA 30228

Attorney for Debtor:
Robert J. Semrad and Associates
101 Marietta Street NW
Suite 3600
Atlanta, GA 30303


with a copy of the foregoing Trustee's Objection by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

THIS THE 19th day of May, 2014

/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201